JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| VINCENT JOHN SMITH, | ) | No. ED CV 10-01614-JHN (VBK) |
| | ) | |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| BOARD OF PAROLE HEARINGS, et al., | ) | |
| Respondents. | ) | |

Pursuant to the Order Accepting the Findings and Recommendations of the United States Magistrate Judge,

**IT IS ADJUDGED** that the Petition for Writ of Habeas Corpus is dismissed with prejudice.

DATED: July 13, 2011

JACQUELINE H. NGUYEN
UNITED STATES DISTRICT JUDGE