UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| VINCENT JOHN SMITH, | ) | No. ED CV 10-01614-JHN (VBK) |
| Petitioner, | ) ) ) | JUDGMENT |
| v. | ) ) | |
| BOARD OF PAROLE HEARINGS, et al., | ) ) ) | |
| Respondents. | ) | |

On May 19, 2015, the United States Court of Appeals for the Ninth Circuit issued an Order remanding the habeas petition to the district court with instructions to dismiss the habeas petition.

Pursuant to the Ninth Circuit's Order, **IT IS ADJUDGED** that the habeas petition is dismissed with prejudice.

DATED:   5/28/15

_____
GEORGE H. KING
CHIEF UNITED STATES DISTRICT JUDGE

Presented on
May 26, 2015 by:

        /s/
_____
VICTOR B. KENTON
UNITED STATES MAGISTRATE JUDGE